Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>Plaintiff,<br><br>v.<br><br>AKCEA THERAPEUTICS, INC., DAMIEN MCDEVITT, B. LYNNE PARSHALL, ELAINE HOCHBERG, JOSEPH KLEIN, III, AMBER SALZMAN, SANDFORD D. SMITH, MICHAEL J. YANG, and BARBARA YANNI,<br><br>Defendants. | Case No. 20-cv-01933-BEN-AHG<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: October 13, 2020 | **WEISSLAW LLP** |
| 2 | | By: /s/ Joel E. Elkins |
| 3 | | Joel E. Elkins |
| 4 | | 9107 Wilshire Blvd., Suite 450 |
| | | Beverly Hills, CA 90210 |
| 5 | | Telephone:  310/208-2800 |
| | | Facsimile:   310/209-2348 |
| 6 | | -and- |
| | | Richard A. Acocelli |
| 7 | | 1500 Broadway, 16th Floor |
| | | New York, NY  10036 |
| 8 | | Telephone: 212/682-3025 |
| | | Facsimile:  212/682-3010 |
| 9 | | |
| 10 | | *Attorneys for Plaintiff* |

- 2 -
NOTICE OF VOLUNTARY DISMISSAL